JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Douglas Weiner
Matthew Kadushin
Denise Schulman

Of Counsel:
Diane Hester
Michael DiChiara*
*Also admitted in NJ & MA

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/14
```

April 2, 2014

**VIA ECF AND E-MAIL (torres_nysdchambers@nysd.courts.gov)**

Hon. Analisa Torres, U.S.D.J.
U.S. Courthouse
500 Pearl St.
Courtroom 15D
New York, NY 10007

Re:   *Schear et al. v. Food Scope America et al.*, 12 CV 0594 (AT)

Dear Judge Torres,

We represent Plaintiffs and Fed. R. Civ. P., Rule 23 Class Members in the above-captioned matter. We write, on behalf of Plaintiffs and Defendants, to inform the Court that the parties have conferred and have agreed that all class-wide discovery in this action will be concluded by June 5, 2014, *i.e.*, one month after the close of the opt-in period. Accordingly, we respectfully request that Your Honor enter an Order setting the discovery deadline as June 5, 2014.

Thank you for your consideration of this matter.

Respectfully submitted,

 s/ Josef Nussbaum

Josef Nussbaum

All discovery shall conclude by June 5, 2014. The parties shall appear for a case management conference on June 19, 2014, at 4:00 p.m.

Cc:  Andrew Marks, Esq.       (via ECF)
     Christine L. Hogan, Esq.  (via ECF)

SO ORDERED.

Dated: April 2, 2014
New York, NY

_____
ANALISA TORRES
United States District Judge