JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Douglas Weiner
Matthew Kadushin
Denise Schulman

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

Of Counsel:
Diane Hester
Michael DiChiara*
*Also admitted in NJ & MA

June 26, 2014

**VIA ECF AND E-MAIL (torres_nysdchambers@nysd.courts.gov)**

Hon. Analisa Torres, U.S.D.J.
U.S. Courthouse
500 Pearl St.
Courtroom 15D
New York, NY 10007

   Re: *Schear et al. v. Food Scope America et al.*, **12 CV 0594 (AT)**

Dear Judge Torres,

  We represent Plaintiffs in the above-captioned matter. At a status conference before the Court on June 19, 2014, Your Honor requested that, prior to the Court setting a schedule for the parties' pretrial submissions, the parties inform the Court as to whether this matter would proceed as a bench or jury trial. Accordingly, we write, on behalf of Plaintiffs and Defendants, to (a) inform the Court that trial in this matter, scheduled to begin on October 2, 2014, will be tried in front of a jury, and (b) to respectfully request that the Court set a schedule for the parties' pretrial submissions.

  Respectfully submitted,

   s/ Josef Nussbaum

  Josef Nussbaum


  Cc: Andrew Marks, Esq. (via ECF)
    Christine L. Hogan, Esq. (via ECF)