UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

JASON SCHEAR, EDUARD STANCIU, BAREKET DRORI, STELLA KIM, DANA BEIERLE, MICHAEL MARTINEZ and ODIN REDD, on behalf of themselves and other similarly situated,

        Plaintiffs,

    v.

FOOD SCOPE AMERICA, INC. d/b/a MEGU TRIBECA, MASAHIRO ORIGUCHI, KOICHI YOKOYAMA and SALVATORE PICARDI

        Defendants.

Case No. 12 CV 0594 (AT)(GWG)

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Analisa Torres at the United States Court for the Southern District of New York, 500 Pearl Street, New York, New York, on January 22, 2014 at 4:15 p.m., for an order approving the class action settlement agreement.

Dated:  New York, New York
         January 20, 2015

**JOSEPH & KIRSCHENBAUM LLP**

/s/ Josef Nussbaum/
D. Maimon Kirschenbaum
Josef Nussbaum
233 Broadway, 5th Floor
New York, NY 10279
(212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Plaintiffs, FLSA Collective Plaintiffs, and the class*